IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATRINA STEVENS MARSH TRAPPIER,<br><br>          Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>          Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>CIVIL NO. 06-2399<br><br>**ORDER** |

This matter having come before the Court upon Plaintiff Katrina Stevens Marsh Trappier's application to review the final decision of the Commissioner of the Social Security Administration denying her application for Supplemental Security Income Benefits under Title XVI of the Social Security Act; this Court having considered the record and the submissions of the parties; for the reasons stated in the Opinion of today's date; and for good cause shown;

**IT IS** on this    **25th**    **day of June, 2007** hereby

**ORDERED** and **ADJUDGED** that the Commissioner's decision shall be, and hereby is, **VACATED** and **REMANDED** for further proceedings consistent with the instructions and directives set forth in the accompanying Opinion.

                                                  **s/ Jerome B. Simandle**
                                                  JEROME B. SIMANDLE
                                                  United States District Judge